# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD T. ARCHIBALD, | Case No. CV 12-9300-JEM |
| Petitioner, | |
| v. | **JUDGMENT** |
| M.E. SPEARMAN, Warden, | |
| Respondent. | |

In accordance with the Memorandum Opinion and Order Granting Respondent's Motion to Dismiss filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 3, 2013

*/s/ John E. McDermott*
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE